UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS P. RIVAS, SR., | ) Civil No.11cv1478 AJB (BLM) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING VOLUNTARY |
| NATIONWIDE CREDIT, INC., | ) DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the entire action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 24, 2011

Hon. Anthony J. Battaglia
U.S. District Judge